

IN THE
TENTH COURT OF APPEALS

_____

No. 10-12-00386-CR

CHANNIN K. ARDOIN,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

_____

Trial Court No. 12-14967

## MEMORANDUM OPINION

On October 22, 2012, we received a pro se "written notice of appeal" from

Channin K. Ardoin. Although it identified a trial court cause number, No. 12-14967, the

notice of appeal was insufficient for us to even determine the county or court from

which Ardoin sought to appeal.

By letter dated October 31, 2012, the Clerk of the Court notified Ardoin as

follows:

Pursuant to Rule 37.1 of the Texas Rules of Appellate Procedure, you are
notified that the "Written Notice of Appeal" you sent to this Court is
defective in that it fails to identify the trial court judgment or other
appealable order from which you desire to appeal. *See* TEX. R. APP. P.

25.2(c), (f); 37.1. You are requested to ensure that a proper amended notice of appeal is filed with the trial court, with notice given to this Court, within 30 days from the date of this notice. If a proper amended notice of appeal is not filed in the trial court within 30 days from the date of this notice, this appeal must be referred to the Court for appropriate orders. TEX. R. APP. P. 37.1.

More than thirty days passed, and Ardoin did not give notice to this Court that he filed a proper amended notice of appeal with the trial court. Accordingly, by letter dated January 9, 2013, the Clerk of the Court reminded Ardoin of the October 31 letter and notified him that the Court, under its inherent authority, may dismiss his appeal for want of prosecution if the Court concludes that the appeal was not taken with the intention of pursuing it to completion, but instead was taken for the purposes of delay. *See Ealy v. State*, 222 S.W.3d 744 (Tex. App.—Waco 2007, no pet.); *Peralta v. State*, 82 S.W.3d 724 (Tex. App.—Waco 2002, no pet.). The Clerk also warned Ardoin in the January 9 letter that the Court may dismiss his appeal unless, within twenty-one days after the date of the letter, he provided notice that he had filed an amended notice of appeal with the trial court.

To date, Ardoin has not provided notice to this Court that he has filed an amended notice of appeal with the trial court. In fact, in the more than three months since we received Ardoin's notice of appeal, he has completely failed to contact this Court or to take any further action toward prosecuting this appeal, despite our letters. Under these circumstances, we conclude that this appeal was not taken with the intention of pursuing it to completion, but instead was taken for the purposes of delay.

Accordingly, we dismiss this appeal, under our inherent authority, for want of prosecution.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 14, 2013
Do not publish
[CR25]